# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In the Matter of the Application of<br><br>nCHAIN HOLDING AG,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C.<br>§ 1782 Directing Discovery for Use in<br>Proceedings in the United Kingdom. | Civil Action File No.<br>_____ |

## EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE
## PURSUANT TO 28 U.S.C. § 1782

Applicant nChain Holding AG ("nChain"), pursuant to 28 U.S.C. § 1782, respectfully applies to this Court for an *ex parte* order authorizing nChain to obtain discovery from Eric Finnerud (also known as "E. Smitty") for use in litigation pending before the High Court of Justice in London, England. In support of this Application, nChain submits, among other documents, a Memorandum of Law, the Declarations of William Anderson, Stefan Matthews, and Rollo C. Baker IV, as well as a Proposed Order and Proposed Deposition and Documents Subpoenas. The Proposed Deposition Subpoena is attached hereto as Exhibit A. The Proposed Documents Subpoena is attached hereto as Exhibit B.

1

Respectfully submitted, this 15th day of July, 2024.

/s/ *John M. Moye*
John M. Moye
Georgia Bar No. 685211
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, Georgia 30326-1092
Tel. 404-846-1693 | Fax 404-264-4033
JMoye@btlaw.com

Rollo C. Baker IV*
Vivek Tata*
Shams Hirji*
ELSBERG BAKER & MARURI PLLC
1 Penn Plaza
New York, New York 10119
Tel. 212-597-2600
rbaker@elsberglaw.com
vtata@elsberglaw.com
shirji@elsberglaw.com

* *pro hac vice* applications forthcoming

*Attorneys for Applicant*