# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the Matter of the Application of )<br>)<br>)<br>nChain Holding AG )<br>)<br>)<br>Applicant, )<br>)<br>For an Order Pursuant to 28 U.S.C. § 1782 )<br>Directing Discovery for Use in Proceedings )<br>In the United Kingdom ) | Case No. _____ |

## DECLARATION OF ROLLO C. BAKER IV

I, Rollo C. Baker IV, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The facts set forth herein are personally known to me and/or based on business records that I have reviewed.

2. I am a Partner at Elsberg, Baker & Maruri, PLLC, a law firm based in New York City, and counsel to nChain Holding AG.

3. True and correct screenshots of Finnerud's LinkedIn profile are attached hereto as Exhibit 1.

4. A true and correct copy of the business search records from the website of the Georgia Secretary of State's Corporations Division for Sound Alive Enterprise, LLC, ("Sound Alive") is attached hereto as Exhibit 2.

5. Finnerud has submitted invoices to nChain for purported "Consulting and Business Development Services" on behalf of his business, Sound Alive. True and correct copies of these invoices are attached hereto as Exhibits 3 and 4.

6. nChain disputes Finnerud's claim that he is entitled to payment under these invoices.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of July.

Respectfully submitted,

_____
Rollo C. Baker IV