# Exhibit 1



### E. Smitty · 3rd

Super Producer | Audio Engineer | Record Executive | CEO @Sound_Alive_Rec @DistroMint @Vacation_Mag | Blockchain Inventor/Developer | 888.447.1520

Atlanta, Georgia, United States · **Contact info**

**12,166** followers · **500+** connections

 

 Sound Alive Records

 East Carolina University

## About

With over 23+ years of experience in the music industry, E. Smitty is a music and tech entrepreneur who has built an impressive portfolio of businesses, including Sound Alive Records, Sound Alive Studios, Vacation Magazine, DistroMint, and many more. He is also the Super Producer, Audio Engineer, and Record Executive of Sound Alive Records, an independent record label that offers music distribution, artist management, audio engineering, and more.

As a Producer/Engineer, E. Smitty believes in making authentic music that emanates from the heart and soul. He is open to all genres, plays keys and guitar, and is proficient in various daws and workstations. He strives to create the exact sound to match an artist's profile and vision, and to foster a collaborative and trusting relationship with them. He has produced, mixed, mastered, and consulted with both independent and gold/platinum achieving artists, as well as worked on his own music. He has earned major endorsements from Focusrite, Arturia, Waves Audio, Chameleon Labs, and FLStudio, and has been featured in Rolling Stone, Focusrite Novation, XXL Magazine, Yahoo Finance, Benzinga, Finanzen, and many more. He is fluent in Spanish and is a Web3 developer in #Blockchain Technology.

## Experience



**Super Producer |Audio Engineer | Record Executive**
Sound Alive Records · Full-time
Jan 2015 - Present · 9 yrs 6 mos
Roswell, Georgia, United States

Sound Alive Records is an Independent Record Label that offers Music Distribution, Artist Management, Audio Engineering & more, Founded by E. Smitty @THEREALESMITTY

