# Exhibit 2

# nChain

NCHAIN > NCHAIN COMPANY STATEMENT

# nChain Company Statement

Share this article          Subscribe



by **Team nChain**

30 SEPTEMBER 2023 | 2 MIN READ



6/12/24, 12:23 PM
Case 1:24-mi-00068-MHC-WEJ    Document 1-10    Filed 07/15/24    Page 3 of 5
nChain Company Statement - nChain



conduct himself in this way.

The facts are that concerns regarding the recent stewardship of the business, led the board to commission a detailed and independent investigation. The Board received, considered and acted on findings from that investigation. It is inappropriate to comment on these findings, which are confidential.

Prior to the Board acting on the investigation's conclusions, on September 27 Mr. Ager Hanssen conducted himself in a serious and inappropriate manner which prompted the decision to dismiss Mr. Ager-Hanssen with immediate effect. This was communicated to Mr. Ager-Hanssen the same day.

The Board is determined that nothing will destabilise its well-resourced, innovative and growing company leading the way in global Blockchain technology and Web3 development.  Our clients can be confident that we are led by executives with a strong vision and purpose, who themselves are supported by globally-renowned R&D experts and diligent employees.  We are all focused on exploiting the company's vast IP library to help industries across the world to benefit from the security, transparency and scalability of the blockchain.  We will not be diverted from this mission.

Separately, the Board has received a document from Mr. Ager-Hanssen highlighting his purported concerns. The Board takes its regulatory responsibilities extremely seriously and, while it does not concur with any of the assertions made by Mr Ager-Hanssen,  it nonetheless determined to authorise an independent external review of the document's contents, which is now underway.

The company will not be commenting further until this review is completed.

## Related

INSIGHTS | 02 05 2024 | 2 MIN READ

### Enhancing Web3 Accountability and Integrity Through Blockchain Technology

PRESS RELEASE | 14 03 2024 | < 1 MIN READ

### nChain Company Statement

# nChain

Powering Partner Success: Nova KBM Recognised as Slovenia's Best Bank for Fourth Consecutive Year

INSIGHTS  |  11 02 2024  |  2 MIN READ

Empowering Woman and Girls to Pursue Science

           Sign up for our newsletter

⌄ ADDRESSES

⌄ SOLUTIONS

⌄ PRODUCTS

⌄ TECHNOLOGY LICENCING

⌄ BLOCKCHAIN

# nChain

- COMPANY

Terms and Conditions     Privacy Policy     Cookie Notice     Patent Pledge

© nChain Licensing AG 2024