# Exhibit 4



# INVOICE

# 7

**Sound Alive Enterprise, LLC.**
300 Colonial Center Pkwy
STE 100N
Roswell, GA 30076
888.447.1520 (Office)
424.438.9551 (Cell)
soundalivenow@gmail.com

| | |
|---|---|
| Date: | May 5, 2024 |
| Payment Terms: | Past Due |
| Due Date: | May 6, 2024 |
| **Balance Due:** | **$12,500.00** |

Bill To:
**nChain**
30 Market Pl, London W1W 8AP, United Kingdom

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **February 2024 Consulting & Business Development Services** | 1 | $12,500.00 | $12,500.00 |

| | |
|---|---|
| Subtotal: | $12,500.00 |
| Tax (0%): | $0.00 |
| Total: | $12,500.00 |

Notes:

Beneficiary: Sound Alive Enterprise, LLC
Account Number: ████████
Routing Number: 084201294
Swift: ████████
Renasant Bank
2100 Grayson Highway
Grayson, GA 30017