# Exhibit 16



**Valhil Law PC**
**800 Wilcrest, Suite 206**
**Houston**
**Texas**
**77042**

CMS Cameron McKenna Nabarro Olswang LLP

Saltire Court
20 Castle Terrace
Edinburgh EH1 2EN

**DX** 553001, Edinburgh 18
**Legal Post** LP-2, Edinburgh 6

**T** +44 131 228 8000
**F** +44 131 228 8888

cms.law

By email only: jvallee@valhillaw.com

**Our ref COHU/EDN/206680.00001**

27 February 2024

Dear Valhil Law PC

**Notice of Breach; Claim for Conversion of Intellectual Property; Litigation Hold Notice dated 29 January 2024**

1. We act for nChain UK Limited ("**nChain**").

2. We refer to your letter to nChain dated 29 January 2024 (the "**Letter**"). The Letter requests the return of Eric Finnerud's intellectual property said to currently be in the possession of nChain, and compensation to be paid to Eric Finnerud in the sum of US$100 million.

3. We are currently considering your Letter with our client and investigating the points therein. We are not yet in a position to respond in full to your Letter. There are some points in need of immediate clarification which we have set out in this letter below. On the basis that these points are answered by 5 March 2024, nChain will endeavour to reply within 14 days thereafter. In the context of a $100M claim that ought not to be unreasonable.

CMS Cameron McKenna Nabarro Olswang LLP is a limited liability partnership registered in England and Wales with registration number OC310335. It is a body corporate which uses the word "partner" to refer to a member, or an employee or consultant with equivalent standing and qualifications. It is authorised and regulated by the Solicitors Regulation Authority of England and Wales with SRA number 423370 and by the Law Society of Scotland with registered number 47313. A list of members and their professional qualifications is open to inspection at the registered office, Cannon Place, 78 Cannon Street, London EC4N 6AF. Members are either solicitors, registered foreign lawyers, patent attorneys or otherwise legally qualified. VAT registration number: 974 899 925. Further information about the firm can be found at cms.law

CMS Cameron McKenna Nabarro Olswang LLP is a member of CMS Legal Services EEIG (CMS EEIG), a European Economic Interest Grouping that coordinates an organisation of independent law firms. CMS EEIG provides no client services. Such services are solely provided by CMS EEIG's member firms in their respective jurisdictions. CMS EEIG and each of its member firms are separate and legally distinct entities, and no such entity has any authority to bind any other. CMS EEIG and each member firm are liable only for their own acts or omissions and not those of each other. The brand name "CMS" and the term "firm" are used to refer to some or all of the member firms or their offices. Further information can be found at cms.law

Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.

UK - 690838191.3



**Information Required**

<u>Formation of alleged oral contract</u>

4. The Letter refers to the "*certain oral agreement, entered into by and between E. Smitty and nChain UK Ltd. (together with its subsidiaries and affiliates, "nChain"), on or about February 21, 2023 (the "Development Agreement")*".

5. nChain reserves its position on whether there was/is any such oral agreement. Without prejudice to this position, please confirm, in respect of the alleged oral agreement:

    a. Which individual(s) from nChain entered into the alleged agreement on nChain's behalf?

    b. When and where did the alleged agreement take place?

    c. How did the alleged agreement come into existence – was it in person or over a video or telephone call?

    d. What (if any) consideration was provided?

    e. What evidence is there of both nChain and Eric Finnerud's intention to be legally bound by the alleged oral agreement?

    f. Who made the offer and who accepted the offer?

    g. What were the specific terms of the offer and what are the specific terms of the contract?

    h. What terms of the contract does your client allege that our client has breached?

    i. Are there any witnesses or documents that support the existence of the alleged oral contract? If so, please specify/provide accordingly.

<u>Alleged termination of access</u>

6. The Letter states that nChain has taken certain actions including "*terminating E. Smitty's access to the DistroMint Platform through changing log-in credentials*".

7. Please provide details confirming your right of access to the DistroMint Platform and of the log-in credentials to the DistroMint Platform which nChain is alleged to have changed.

8. Please provide details of the failed log-in attempts which were the basis of the statement in the Letter.

<u>Alleged breaches of contract</u>

9. The Letter further states that "*as a result of the material breaches of the Development Agreement by nChain, and nChain's coordinated participation with Mr. Ayre and Ayre Ventures to convert the Blockchain Content IP, the following remedies are hereby demanded*".

10. Please particularise the alleged breaches more fully, with reference to the terms of the alleged oral agreement.

11. Please also set out the legal basis upon which the alleged breaches give rise to the remedies requested in the Letter.



Request for return of property

12. The Letter states "*nChain is hereby directed to coordinate with our client in returning all of our client's intellectual property currently in possession of nChain, including, without limitation, full access to the DistroMint Platform and associated content, and any and all of the Blockchain Content IP, and coordinate with legal counsel that may have obtained any powers of attorney to ensure that no member of the nChain Group retains any rights to the Blockchain Content IP, whether express or implied*".

13. Please provide a detailed breakdown of all intellectual property that allegedly belongs to Eric Finnerud and is allegedly in nChain's possession currently.

**Conclusion**

14. Please refer all future correspondence in relation to this matter to CMS under the above reference.

15. For the avoidance of doubt, your client's claim is disputed.

16. All of nChain's rights are fully reserved.

Yours faithfully

*CMS*

**CMS Cameron McKenna Nabarro Olswang LLP**