# Exhibit 17

**VALHIL LAW, PC**

800 Wilcrest, Suite 206
Houston, Texas 77042
T +1 346 226 5838

**James E. Vallee**
Managing Partner
T +1 713 301 7843
jvallee@valhillaw.com

February 27, 2024

<u>VIA EMAIL</u>:

CMS Cameron McKenna Nabarro Olswang LLP
Saltire Court
20 Castle Terrace
Edinburgh
EH1 2EN
United Kingdom
Attention: Colin Hutton, Partner

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

Re: nChain – Distromint – Conversion of Intellectual Property and Related Matters – CMS Ref. COHU/EDN/206680.00001

Mr. Hutton:

Reference is made to your letter, dated 27 February 2024, entitled "*Notice of Breach; Claim for Conversion of Intellectual Property; Litigation Hold Notice dated 29 January 2024*" (the "***Response Letter***") in which you inform us that "[w]e act for nChain UK Limited." Our client, Eric Finnerud (professionally known pursuant to his owned-trademark – "***E. Smitty***"), was disappointed to receive the Response Letter.

E. Smitty desired for the parties to bring about *a private and amicable resolution* to the actions adversely and unlawfully taken against him and Distromint, LLC that are plainly described in this firm's letter, dated 29 January 2024 (the "***Notice Letter***"), to nChain UK Ltd. (together with its subsidiaries and affiliates, "***nChain***"). The Notice Letter more than adequately describes, in reasonable detail, several of the unlawful actions taken by nChain, Mr. Calvin Ayre and certain entities, directly or indirectly, owned or controlled by Mr. Ayre and his affiliates (together with nChain, the "***nChain Group***"), all of which the executives and employees of the nChain Group are intimately aware. Moreover, our client desired to resolve the relevant claims privately because he is a peaceful man. E. Smitty believes the public revelation of these unlawful claims and the associated information will be catastrophic for the BSV blockchain, nChain and the nChain Group, including many affiliated entrepreneurs and developers that E. Smitty has come to adore and respect.

Regretfully, the Response Letter reveals the nChain Group's clear intention to continue their unlawful actions. The mounting damages are material to our client.

In the coming weeks, we will work with local counsel to bring legal action in the courts of appropriate jurisdiction. We will be naming nChain and several members of the nChain Group, including, without limitation, the following (among others, pending the discovery process): HEH Holding AG, Fairway Family Office AG, Calvin Ayre, IP Holding Limited, DW Discovery Fund, Blarecast Systems, Soundoshi Limited ("***Soundoshi***"), and Vaionex Corporation. In addition, according to the Soundoshi website, it appears Soundoshi involved several additional major corporations in the unlawful conversion activities conducted by the nChain Group, each of which our client is now compelled to provide prompt notice of their unlawful conduct in coordination therewith, including (among others, pending the discovery process): amazon, Warner Music Group, Sony Music, Musicart Group, facebook, and allegro.

With respect to your various information requests in the Response Letter (evidence of which is intimately known by the employees and executive officers of nChain and *should have been shared with you in connection with your engagement as legal counsel*), I assure you that the evidence of our client's claims is comprehensive and impactful, and includes:

1. intellectual property filings and limited powers of attorney granted in connection with the Development Agreement (as defined in the Notice Letter);

2. emails from nChain executive officers, senior counsel and intellectual property counsel;

3. press releases, articles, conference video, and other media published by nChain[1];

4. affidavits and testimony of former and current C-suite executives and in-house and outside legal counsel, including nChain's former Chief Executive Officer, Christian Ager-Hanssen;

5. nChain memoranda and corporate structural diagrams prepared by nChain attorneys describing deal terms of the Development Agreement;

6. audio recordings of discussions among nChain developers and attorneys with E. Smitty;

7. evidence of many details set forth in that certain document commonly referred to as "The Fairway Brief," dated 26 September 2023, and attached hereto as Exhibit A for your convenience; and

8. paid invoices in accordance with the terms of the Development Agreement.

Finally, we acknowledge that following nChain's receipt of the Notice Letter, several nChain executives and Mr. Ayre took steps to "block" our client and this firm from accessing certain profiles and materials on social media and also "re-crafted" and deleted certain articles that were previously published to the Internet to attempt to "distance themselves" from our client's claims. You are reminded that the Litigation Hold Notice set forth in the Notice Letter remains in effect.

We have it all in any event.

**[*Remainder of Page Intentionally Left Blank*]**

---

[1] *See, e.g.*, Screenshot – Article, dated August 17, 2023, published by nChain to its website at https://nchain.com/distromint-new-blockchain-music-platform/ describing many elements of "our partnership with Distromint" attached as Exhibit B; *see also*, https://www.bsvblockchain.org/news/london-blockchain-conference-recap-day-1

- 3 -

All rights reserved by Mr. Finnerud without prejudice, UCC 1-207 and 1-308.

                Sincerely,

                VALHIL LAW, PC

                James E. Vallee
                Managing Partner

JEV/file

cc w/Encl: nChain Board of Directors (*via email* to Stefan Matthews – Executive Chairman)
      Stefan Matthews – Executive Chairman and CEO (*via email*)
      Olga Fernandez – Chief Legal Officer (*via email*)
      Dale Evans – Senior Legal Counsel (*via email*)
      Calvin Ayre (*via email*)
      Eric Finnerud (*via email*)

**EXHIBIT A**

**The Fairway Brief**