# Exhibit 19



**By courier and email**
Custos Group Limited
42 Lytton Road
Barnet
Hertfordshire
EN5 5BY

Emailed to: cah@custosgroup.com and disputeHEH@custosgroup.com

**CMS Cameron McKenna Nabarro Olswang LLP**

Saltire Court
20 Castle Terrace
Edinburgh EH1 2EN

**DX** 553001, Edinburgh 18
**Legal Post** LP-2, Edinburgh 6

**T** +44 131 228 8000
**F** +44 131 228 8888

cms.law

**T** +44 131 200 7517

**E** colin.hutton@cms-cmno.com

**Our ref COHU/EDN/206680.00001**

12 April 2024

Dear Custos Group Limited

**Return of Confidential Information**

1. We act for nChain UK Limited ("**nChain**") and nChain Holding AG (formerly HEH Holding AG) ("**nChain Holding**") (together "**our Clients**").

2. We note from Companies House that Christen Ager-Hanssen is the sole director of Custos Group Limited ("**Custos**") and has been a director of Custos since 19 February 2018. We are investigating matters in relation to Mr Ager-Hanssen's position as director of nChain and CEO of the nChain group. While in these roles, Mr Ager-Hanssen sent and received emails containing nChain confidential information using his Custos email account.

3. CMS was informed by Mishcon de Reya, Mr Ager-Hanssen's former lawyers, that Custos held our Clients' confidential information. We have been instructed by our Clients to coordinate the return and deletion of their confidential information held by Custos.

CMS Cameron McKenna Nabarro Olswang LLP is a limited liability partnership registered in England and Wales with registration number OC310335. It is a body corporate which uses the word "partner" to refer to a member, or an employee or consultant with equivalent standing and qualifications. It is authorised and regulated by the Solicitors Regulation Authority of England and Wales with SRA number 423370 and by the Law Society of Scotland with registered number 47313. A list of members and their professional qualifications is open to inspection at the registered office, Cannon Place, 78 Cannon Street, London EC4N 6AF. Members are either solicitors, registered foreign lawyers, patent attorneys or otherwise legally qualified. VAT registration number: 974 899 925. Further information about the firm can be found at cms.law

CMS Cameron McKenna Nabarro Olswang LLP is a member of CMS Legal Services EEIG (CMS EEIG), a European Economic Interest Grouping that coordinates an organisation of independent law firms. CMS EEIG provides no client services. Such services are solely provided by CMS EEIG's member firms in their respective jurisdictions. CMS EEIG and each of its member firms are separate and legally distinct entities, and no such entity has any authority to bind any other. CMS EEIG and each member firm are liable only for their own acts or omissions and not those of each other. The brand name "CMS" and the term "firm" are used to refer to some or all of the member firms or their offices. Further information can be found at cms.law

Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.



**The Mishcon de Reya Letter**

4. Mishcon de Reya were previously engaged by Mr Ager-Hanssen in Commercial Court proceedings against him with claim number 2023-000745 (the "**Proceedings**").

5. On or around 23 October 2023, CMS received a letter from Mishcon de Reya regarding nChain's confidential information (the "**Mishcon de Reya Letter**"). This letter was appended to an affidavit sworn by Mr Ager-Hanssen on 24 October 2023 in the Proceedings. For ease of reference, we enclose a copy of the affidavit and the Mishcon de Reya Letter with this letter.

6. The Mishcon de Reya Letter states that:

   *"During his time working alongside Calvin Ayre (both as CEO of the nChain group, and prior to that from around the end of September 2022 as a non-paid consultant to Calvin Ayre and others to consult in relation to, among other things, Mr Ayre acting as a litigation funder in respect of Craig Wright's litigation), there was an agreement with the nChain group that all the emails received into [Christen Ager-Hanssen's] nChain email account (cah@nchain.com) were automatically forwarded to [Christen Ager-Hanssen's] Custos Group email account, which is hosted on a gmail server (cah@custosgroup.com) (the "Custos Email Account").*

   *The vast majority of the emails and their attachments received by [Christen Ager-Hanssen] to his nChain email address over the course of around twelve months remain in the Custos Email Account. [Christen Ager-Hanssen] estimates that there are many thousands of such emails and their attachments, along with many of his replies to these emails. [Christen Ager-Hanssen] believes that these will include emails and/or attachments that fall within the definition of "Confidential Information"."*

7. The Mishcon de Reya Letter further states:

   *"The Custos Email Account, the Computer and the Phone are all likely to contain a significant volume of information pertaining to the nChain group that was provided to him by the group, and which may therefore fall within the definition of "Confidential Information"."*

**19 January Court Order**

8. CMS applied for, and was granted, a court order dated 19 January 2024 (the "**19 January Court Order**") requiring Mr Ager-Hanssen to return all hardware, documentation and information belonging to our Clients that was in the possession of Mr Ager-Hanssen. We enclose a copy of the 19 January Court Order with this letter.

9. The 19 January Court Order required the return of inter alia (a) our Clients' confidential information that had been received into and sent from Mr Ager-Hanssen's Custos email account, as detailed by the Mishcon de Reya Letter; and (b) three devices which are detailed in the 19 January Court Order. Mr Ager-Hanssen was also ordered to provide his personal devices to an independent IT expert to allow them to be screened so that all of our Clients' information could be captured and ultimately deleted from the devices. Mr Ager-Hanssen was required to take steps to comply with the 19 January Court Order by 26 January 2024.



10. To date, Mr Ager-Hanssen has failed to comply with the 19 January Court Order and has not engaged with CMS to coordinate the return and where appropriate, the deletion, of our Clients' property. Therefore, Mr Ager-Hanssen has been in contempt of court since 27 January 2024, and appropriate remedies are being sought by our Clients as a result.

**Return of Property held by Custos**

11. In view of the above, we request the immediate return of all our Clients' confidential information and any hardware or devices that belong to our Clients which is held by Custos (the "**Property**") by **4pm on 19 April 2024.** Please return the Property to CMS Cameron McKenna Nabarro Olswang LLP, Cannon Place, 78 Cannon Street, London, EC4N 6AF, marked "**Private & Confidential, FAO: Colin Hutton, colin.hutton@cms-cmno.com**".

**Deletion of Confidential Information**

12. In addition to the return of the Property, please confirm that Custos will allow an independent IT expert (CYFOR) to screen, capture and delete all of our Clients' information from its server(s). This mirrors the provisions of the 19 January Court Order which requires Mr Ager-Hanssen to take the same steps.

**Next steps and conclusion**

13. If a response is not received from Custos by 4pm on 19 April 2024, our Clients will have no choice but to make an application to the Court to secure the return of the Property and deletion of our Clients' confidential information. Our Clients will seek all costs of and occasioned by the application.

14. Please refer all future correspondence in relation to this matter to CMS under the above reference.

15. All of our Clients' rights are fully reserved.

Yours sincerely

*CMS*

**CMS Cameron McKenna Nabarro Olswang LLP**