IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In the Matter of the Application of<br><br>nCHAIN HOLDING AG,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Directing Discovery for Use in Proceedings in the United Kingdom. | Civil Action File No.<br>_____ |

## [PROPOSED] ORDER

Upon consideration of the Ex Parte Application of nChain Holding AG ("nChain") for judicial assistance pursuant to 28 U.S.C. § 1782 (the "Application") and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the United States Supreme Court in *Intel Corp v. Advanced Micro Drvices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore **ORDERED** that the Application is **GRANTED**. nChain is authorized to serve the draft subpoenas annexed to the petition as Appendix A and Appendix B upon Eric Finnerud (also known as "E. Smitty"), and is authorized to issue additional subpoenas for the production of documents and/or depositions of

1

Finnerud as nChain reasonably deems appropriate and as are consistent with the Federal Rules of Civil Procedure.

It is further **ORDERED** that Finnerud is to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE