IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In the Matter of the Application of<br><br>nCHAIN HOLDING AG,<br><br>　　　　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C.<br>§ 1782 Directing Discovery for Use in<br>Proceedings in the United Kingdom. | Case No. 1:24-mi-00068-MHC-WEJ |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and N.D. Ga. LR 3.3, Applicant nChain Holding AG ("nChain" or "Applicant") states as follows:

1.　　The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

　　nChain Holding AG
　　Eric Finnerud (also known as "E. Smitty")

2.　　The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

>Christen Ager-Hanssen
>Andrew Moody
>David Brookes
>Zafar Ali
>Endri Gjata
>Lars Jacob Bo
>Peter Coulson

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**For the Applicant:** John M. Moye
Barnes & Thornburg LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA  30326-1092

Rollo C. Baker IV
Vivek Tata
Shams Hirji
Elsberg Baker & Maruri PLLC
1 Penn Plaza
New York, New York 10119

**For Eric Finnerud:** Not known to Applicant.

4. This Court has original jurisdiction over this matter because Applicant seeks relief under a federal statute, *i.e.*, 28 U.S.C. § 1782.  Thus, Applicant is not providing citizenship information.

Respectfully submitted, this 18th day of July, 2024.

/s/ *John M. Moye*
John M. Moye
Georgia Bar No. 685211
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, Georgia 30326-1092
Tel. 404-846-1693 | Fax 404-264-4033
JMoye@btlaw.com

Rollo C. Baker IV*
Vivek Tata*
Shams Hirji*
ELSBERG BAKER & MARURI PLLC
1 Penn Plaza
New York, New York 10119
Tel. 212-597-2600
rbaker@elsberglaw.com
vtata@elsberglaw.com
shirji@elsberglaw.com

* *pro hac vice* applications forthcoming

*Attorneys for Applicant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2024, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

*/s/ John M. Moye*
John M. Moye
Georgia Bar No. 685211